# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER R. GALLOWAY, | ) Case No. CV 09-1775 SJO (JCG) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER ACCEPTING REPORT** |
| | ) **AND RECOMMENDATION OF** |
| COUNTY OF LOS ANGELES, *et al.,* | ) **UNITED STATES MAGISTRATE** |
| | ) **JUDGE** |
| Defendants. | ) |
| | ) |
| _____ | ) |

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record.  No objections to the Report and Recommendation have been filed.

        Accordingly, IT IS ORDERED THAT:

        1.        The Report and Recommendation is approved and accepted.

        2.        Judgment be entered dismissing this action with prejudice.

        3.        The Clerk serve copies of this Order and the Judgment on the parties.

DATED: September 7, 2012

_____
                HON. S. JAMES OTERO
                UNITED STATES DISTRICT JUDGE